ORIGINAL

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 1 0 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

|  |  |  |
|---|---|---|
| LINDA M. ELLIS,<br>d/b/a Linda's Lyrics<br>Suite E-135<br>1050 E. Piedmont Road<br>Marietta, Georgia 30062 | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. _____ |
| ERIC J. ARONSON<br>14 Applegreen Drive<br>Old Westbury, New York 11568 | ) ) ) ) ) | JURY TRIAL DEMANDED<br><br>**1:03-CV-3086 RWS** |
| and | ) ) | |
| DASH SYSTEMS, INC.<br>a New York corporation,<br>85 Monroe Drive<br>Mastic Beach, New York 11951 | ) ) ) ) ) | |
| Defendants | ) ) | |

## COMPLAINT

Plaintiff Linda M. Ellis, doing business as Linda's Lyrics, ("Ms. Ellis") by and through

counsel, alleges for her Complaint against defendants Eric J. Aronson ("Mr. Aronson") and Dash

Systems, Inc. ("DSI") (Mr. Aronson and DSI, collectively, "Defendants") as follows:

### Nature of Action

Ms. Ellis brings this suit for temporary and permanent injunctive relief, damages

(including actual and punitive damages, costs, and fees and expenses of attorneys and other

professionals), and other appropriate relief, arising out of, among other things, Defendants':



FORMS RECEIVED
Consent To US Mag.
Pretrial Instructions
Title VII NTC

- Fraudulent acts and omissions concerning Defendants' intended use of her copyrighted poem "The Dash";

- Unauthorized reprinting of Ms. Ellis's copyrighted poem "The Dash" in Mr. Aronson's book *DASH*;

- Unauthorized posting of "The Dash" on Defendants' web site http://www.dashlive.com;

- Unauthorized posting of "The Dash" on Defendants' web site http://www.livingthedash.com;

- Mr. Aronson's unauthorized creation of the book *DASH* as a literary work derived from "The Dash";

- Defendants' deceptive trade practices; and

- Unjust enrichment of Defendants.

As a result of these and other wrongful actions by Defendants, Ms. Ellis brings claims against Mr. Aronson, DSI, and/or Defendants for fraud, copyright infringement, deceptive trade practices, and unjust enrichment under federal and state law. Ms. Ellis seeks both injunctive and monetary relief. Further, to deter Defendants from engaging in this or similarly egregious conduct in the future, Ms. Ellis requests that the Court enter an Order requiring Defendants to pay appropriate and substantial punitive damages to Ms. Ellis in addition to the damages that she has already suffered as the result of Defendants' misconduct and that the Court also award Ms. Ellis her costs and the reasonable fees and expenses of attorneys and other professionals that she incurred in bringing this action.

## The Parties

### Linda M. Ms. Ellis

1.      Ms. Ellis is a U.S. citizen over the age of 18 years who resides in Marietta, Georgia, and doing business as Linda's Lyrics, also maintains an office there.

2.      Ms. Ellis is a full-time, professional author who writes primarily poetry and has published several books.

3.      In 1996 Ms. Ellis wrote what has become probably her most famous work to date: the poem "The Dash," a copy of which is attached hereto as Exhibit A.

4.      Effective June 15, 1998, Ms. Ellis registered the copyright in "The Dash" with the U.S. Copyright Office; a copy of the registration certificate, No. TX u 858-108, is attached hereto as Exhibit B.

5.      "The Dash" is an inspirational poem that uses the dash between the birth and death dates on a person's tombstone as a metaphor for life: "For that dash represents all the time/that she spent alive on earth."

6.      Upon information and belief, no prior literary work in the English language uses the dash on a tombstone as such a metaphor.

7.      Ms. Ellis's poem leads the reader to think about what is really important in life: "For it matters not, how much we own,/the cars . . . the house . . . the cash,/What matters is how we live and love/and how we spend our dash."

8.      "The Dash" has touched the lives of tens—and perhaps hundreds—of thousands of people and has been reprinted, with Ms. Ellis's permission and proper attribution to her as the author and copyright owner of the poem, in a number of books, including philosophical works and textbooks as well as volumes of poetry.

9.      Ms. Ellis and her poetry, especially "The Dash," have been featured on dozens on television and radio programs and reported on in several national magazines, including *Family Circle* and *U.S. News & World Report*.

10.     Ms. Ellis enjoys a sterling reputation as a person as well as a professional author, and her poetry, especially "The Dash" is highly regarded by her fellow writers as well as members of the general public.

**Eric J. Aronson**

11.     Mr. Aronson is a U.S. citizen over the 18 years who, upon information and belief, resides in Old Westbury, New York.

12.     Mr. Aronson is a convicted felon, having served three years in federal prison for criminal conspiracy, securities fraud, and wire fraud in connection with his role in the fraudulent sale of shares in a company that he owned.

13.     Since being released from federal prison Mr. Aronson has become a self-described "life coach and motivational speaker."

14.     Mr. Aronson is the founder of Dash Systems, Inc., and serves as the company's president and chief executive officer.

15.     In connection with the activities described in the preceding paragraph Mr. Aronson wrote the self-help book *DASH*, International Standard Book Number ("ISBN") 0-9742493-0-0, published in 2003 by TurnKey Press, and is now writing a self-help book entitled *DASHING Through Your Diet.*

**Dash Systems, Inc.**

16.     DSI is a New York corporation formed in 2002.

17.     The records of the New York Department of State indicate that DSI's address for service of process is 85 Monroe Drive, Mastic Beach, New York 11951; however, the company's web site (http://www.dashlive.com) lists DSI's address as Suite 420, 990 Stewart Avenue, Garden City, New York 11530.

18.     Upon information and belief DSI is the corporate vehicle through which Mr. Aronson acts as a life coach and motivational speaker.

19.     Mr. Aronson's book DASH describes DSI as "a company devoted to helping people realize their dreams and make the most of their lives."

## Jurisdiction and Venue

20.     This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, and such jurisdiction is exclusive of state courts pursuant to 28 U.S.C. § 1338, in that this action arises under the U.S. Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq*.

21.     The Court also has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that complete diversity of citizenship exists between Ms. Ellis and Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

22.     The Court has pendent jurisdiction over the state-law claims in this action in that the federal and state claims constitute a single constitutional case and the same evidence will prove both sets of claims.

23.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), in that a substantial part of the events giving rise to the claims occurred within the Northern District of Georgia, including the ongoing marketing, advertising, promotion, offering for sale, and sale of *DASH* in the Atlanta Division of the Northern District of Georgia, and a substantial part of the property—Ms. Ellis's copyright in "The Dash"—that is the subject of the action is situated there.

## Defendants' Illegal Conduct

24.     In or about early May 2003 Mr. Aronson telephoned Ms. Ellis to ask her permission to reprint "The Dash" in a book that he said he was writing but had not yet titled.

25.     Mr. Aronson failed to tell Ms. Ellis that he was a convicted felon who had served time in prison for, among other things, fraud.

26.     He fraudulently did not tell her that he had already formed a company named Dash Systems, Inc.

27.     He fraudulently did not tell her that DSI had already registered the web sites http://www. dashlive.com and http://www.livingthedash.com (both on December 20, 2002).

5

28.     Mr. Aronson fraudulently did not tell Ms. Ellis that he had already decided to entitle his book *DASH*.

29.     He fraudulently did not tell her that the subject of *DASH* would be exactly the same as that of "The Dash":  how to live one's life in a meaningful way that focuses on friends and family, not money and material possessions.

30.     He fraudulently did not tell her that he had devised a coaching/motivational system called "DASH" that the book *DASH* would describe in detail.

31.     Instead, Mr. Aronson fraudulently described himself to Ms. Ellis as a small-time author who planned to print and sell from home a book that she assumed, based on his misrepresentations, would be his autobiography or a memoir of his life.

32.     Although she believes that criminals can be rehabilitated, had she known that Mr. Aronson had been convicted of, among other things, securities and wire fraud and served three years in federal prison for his crimes, Ms. Ellis would not have wanted to be professionally associated with such a person and therefore would not have contemplated giving him permission to reprint "The Dash" in his book.

33.     Certainly, she would never have even considered giving him any such permission had she known what, as set forth above, he was already planning to do with "The Dash."

34.     However, based on his fraudulent representations and omissions, Ms. Ellis, representing herself, prepared the document attached hereto as Exhibit C, which indicates that she was willing to permit Mr. Aronson to reprint "The Dash" in his book but only on the following terms and conditions:

> • Prior to publishing his book Mr. Aronson would tell Ms. Ellis the title of the book, and the document would be revised to reflect that title;

6

- Mr. Aronson would credit Ms. Ellis as the author and copyright owner of "The Dash" in the manner indicated in the document;

- Mr. Aronson would include in his book the address of Linda's Lyrics' web site (http://www.lindaslyrics.com); and

- Mr. Aronson would pay Ms. Ellis $500 for the right to reprint "The Dash" in his book.

35.     After receiving this document from Ms. Ellis, Mr. Aronson never told Ms. Ellis that *DASH* was the title of his book, never discussed with her revising the document, and never paid her anything.

36.     Accordingly, after a few weeks Ms. Ellis reasonably assumed that Mr. Aronson had decided not to reprint "The Dash" in his book.

37.     In August 2003 Ms. Ellis discovered Mr. Aronson's web site http://www.livingthedash.com and thereby learned that he had entitled his book *DASH* and had formed a company named Dash Systems, Inc.

38.     At that time she also learned that Mr. Aronson had posted "The Dash" on the livingthedash.com web site and on his other web site http://www.dashlive.com.

39.     Ms. Ellis immediately ordered a copy of *DASH* from Amazom.com, requesting expedited delivery of the book.

40.     Examination of the book showed Ms. Ellis that, despite Mr. Aronson's failure to meet the terms and conditions she had proposed, he had reprinted "The Dash" in *DASH*.

41.     The copyright page of *DASH* attributes the 2003 copyright in the book to Mr. Aronson.  See the copy of the copyright page attached hereto as Exhibit D.

42.     The only reference to Ms. Ellis anywhere in *DASH* is on the book's copyright page: "The Dash poem has been reprinted with the permission of Linda Ellis © 1996."  See Exhibit D.

43.     That reference—which is factually false, as Mr. Aronson failed to meet the terms and conditions required to obtain such permission—does not even identify Ms. Ellis as the author of the poem.

44.     Ms. Ellis's name does not appear anywhere on the two pages of *DASH* where "The Dash" is reprinted.  See the copies of those two pages attached hereto as Exhibit E.

45.     Thus, the typical reader of *DASH* will believe, falsely, that Mr. Aronson is the author of the poem "The Dash" as well as the book as a whole.

46.     Further examination of *DASH* showed Ms. Ellis that Mr. Aronson clearly derived his book from "The Dash."  For example, the titles of the two literary works are identical except for the word "the."

47.     In addition, "The Dash," as stated above, makes unique use of the dash between the birth and death dates on a tombstone as a metaphor for life.  On page 16 of DASH Mr. Aronson admits that in his book he uses "the word 'dash' as . . . a metaphor for life."

48.     Moreover, the front cover of Mr. Aronson's book  (copy attached hereto as Exhibit F) shows a dash being held between the hands of an infant and a elderly person to illustrate Ms. Ellis's metaphor.

49.     "The Dash" includes the words "the dates on her tomb-stone/from the beginning . . . to the end", "the dash between those years", and "that little line."  See Exhibit A.

50.     The front cover of *DASH* includes the substantially similar words "[o]n your tombstone there will be two dates, the date you were born and the date you died" and "[t]hat little, insignificant line between those two dates—that dash—is your life!"  See Exhibit F.

51.     "The Dash" includes the lines: "For you never know how much time is left/(You could be at 'dash mid-range.')"  See Exhibit A.

52.    The back cover of *DASH* (copy attached hereto as Exhibit G) includes the substantially similar words "[n]o one knows when their [sic] DASH will run out."

53.    There are many other examples of substantial similarity between "The Dash" and DASH. On page 13 Mr. Aronson states: "When you die, there will be two dates on your tombstone: the date of your birth and the date of your death. Those two dates will be separated by a 'dash'—and that dash will represent your life."

54.    Mr. Aronson also states on page 13: "The worth of a human life doesn't depend on its longevity. It depends on what we do with the time we are allotted, no matter how long or short. It's the 'dash' between the years that makes the difference."

55.    Moreover, Mr. Aronson clearly based his coaching/motivational system on "The Dash." On page 16 of *DASH* he states that he "use[s] the word 'dash' as not only a metaphor for life but also as an acronym to help you get the most out of your life. DASH stands for Determination, Attitude, Success and Happiness" (collectively, the "DASH Principles").

56.    Mr. Aronson even goes so far as to echo Ms. Ellis's poem in the toll-free telephone number for DSI listed on page 213 of *DASH*: 888-DASH2GO.

57.    On that page he also directs readers of *DASH* to the web site dashlive.com, on which "The Dash" is reprinted in its entirety.

58.    On page 79 of *DASH* Mr. Aronson claims, "I can tell you from experience that much of the success that I've had in life is the result of the questions I've asked. When others asked, 'Will this idea work?' I've asked 'How can I translate this idea into a profitable business in the shortest amount of time?'"

59.     Mr. Aronson , who despite his claims to the contrary does not seem to have been rehabilitated in prison, obviously applied this "get-rich-quick" mentality to "The Dash" and the ideas expressed in Ms. Ellis's poem.

60.     He defrauded Ms. Ellis, infringed her copyright, and committed other illegal actions to be able to use "The Dash" as the cornerstone of *DASH*, Defendants' web sites, the DASH Principles, and, indeed, Defendants' entire "DASH system."

61.     That system is based on "The Dash," which is why Mr. Aronson was so intent on including the poem in his book and on Defendants' web sites.

62.     Mr. Aronson engaged in those illegal activities because he recognized that "The Dash" is a graphic, gripping, even arresting marketing concept—which, as described below, it has certainly proven to be for Defendants.

63.     Realizing that Defendants had egregiously violated her rights and very concerned about being associated with Mr. Aronson, *DASH*, and the DASH Principles—given Mr. Aronson's past criminal conviction and present unethical and illegal business methods—Ms. Ellis sent Mr. Aronson a cease-and-desist letter on August 12, 2003.

64.     That letter outlined the foregoing facts and demanded an accounting of:

- The total number of copies of *DASH* that Mr. Aronson (either directly or through TurnKey Press or any other publisher) printed, sold, otherwise distributed (including any free copies provided to book reviewers, libraries, or any other entities), had returned, remaindered, destroyed, and have left in inventory (collectively, "Copies");

- The total gross sale price of the Copies;

- Mr. Aronson's total gross royalties and any other receipts from the Copies;

- Mr. Aronson's total gross income from providing coaching services and/or giving motivational speeches based on or including any references to *DASH*, the DASH Principles, and/or "The Dash"; and

- The total gross income that Mr. Aronson has received from any other use of *DASH*, the DASH Principles, and/or "The Dash."

65.    Mr. Aronson replied by insisting that he had done nothing wrong and had, in fact, paid Ms. Ellis the $500 referenced in Exhibit C.  Moreover, he claimed that he would provide proof of such payment.

66.    On August 21, 2003, Mr. Aronson faxed to Ms. Ellis the documents attached hereto as Exhibit H:  an uncanceled check dated May 14, 2003, and a Federal Express USA Airbill dated August 14 (the final two digits of the year begin with "0"; the final digit is illegible) and addressed to Ms. Ellis at her office.

67.    Ms. Ellis never received the check, whether in May, August, or at any other time, and her business and banking records confirm that she never received it.

68.    In addition, Federal Express has advised that it has no record of ever receiving for delivery the package referenced in the foregoing airbill.

69.    On August 26, 2003, Mr. Aronson said that Ms. Ellis would be well-advised to cooperate with him in connection with *DASH* and the DASH Principles, as he expected to be making major media appearances, including on *Good Morning, America*, *Oprah* and other national television shows, to promote his book and coaching/motivational system.

70.    On August 27, 2003, Ms. Ellis faxed a second letter to Mr. Aronson, requesting that his accounting include his gross income from any public or media (print, radio, TV, Internet, etc.) appearances, exposure, or other publicity concerning *DASH*, the DASH Principles, or "The Dash."

71.    On September 5, 2003, Mr. Aronson promised for the third time that he would provide the requested accounting; however, to date he has never done so.

72.    Since that date Mr. Aronson has not communicated with Ms. Ellis in any way.

73.    On September 7, 2003, a full-page advertisement for *DASH* appeared in *The New York Times Book Review*, including copies of that newspaper distributed in the Northern District of Georgia. See the reduced copy attached hereto as Exhibit I.

74.    On September 28, 2003, a half-page advertisement for *DASH* appeared in *The New York Times Book Review*, including copies of that newspaper distributed in the Northern District of Georgia. See the copy posted on Defendants' web site www.dashlive.com/ad1.htm, a printout of which is attached hereto as Exhibit J.

75.    Upon information and belief, the foregoing advertisements in *The New York Times Book Review* cost Defendants approximately $45,900.

76.    Mr. Aronson has engaged the literary publicity firm Phenix & Phenix to help him promote *DASH*.

77.    The web site of Phenix & Phenix, http://www.bookpros.com/featuredauthor.htm, states that *DASH* "stands for a symbol of one's life"; however, the site does not credit Ms. Ellis with originating that symbol or even mention her in any way. See the web site printout attached hereto as Exhibit K.

78.    Defendants' web site www.dashlive.com/schedules.htm contains a listing of forthcoming bookstore appearances where Mr. Aronson will sign copies of *DASH*. See the web site printout attached hereto as Exhibit L.

79.    Defendants' web site www.dashlive.com/catalog/default.htm, contains a listing of a variety of merchandise related to *DASH* and the DASH Principles that is available for purchase by the public, including "DASH Diet" products. See the web site printout attached hereto as Exhibit M.

80.    Mr. Aronson is now creating another unauthorized work derived from "The Dash": a diet book entitled *DASHING Through Your Diet*. See the printout from Defendants' web site http://www.dashlive/diet.htm attached hereto as Exhibit N.

81.    Despite Ms. Ellis's two cease-and-desist letters, her repeated demand for an accounting, and the communications between the parties, Defendants' web site www.dashlive.com still displays "The Dash" in its entirety and claims that the poem is "[u]sed with permission." See the web site printout attached hereto as Exhibit O.

82.    In addition to infringing Ms. Ellis's copyright in "The Dash," the foregoing activities of Defendants link Ms. Ellis in the public mind, without her permission and against her will, with the unethical and illegal get-rich-quick business of a convicted felon and his slick marketing of fad products that reflect poorly on the high professional reputation of Ms. Ellis and the high esteem in which the public holds her work, especially "The Dash."

83.    Such damage to the reputation of Ms. Ellis and the perceived quality of her work is especially likely if, as seems almost certain, Defendants are behaving unethically and illegally with respect to others, including members of the general public.

### Count I—Copyright Infringement

84.    Ms. Ellis hereby incorporates by reference and reallege the allegations of Paragraphs 1 through 83 as if fully set forth herein.

85.    This cause of action arises under Section 501 of the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq*.

86.    Ms. Ellis is the author and copyright owner of "The Dash," and her copyright in that poem is valid, subsisting, and enforceable.

87.    The foregoing activities of Defendants infringe the exclusive rights of Ms. Ellis, pursuant to 17 U.S.C. § 106, as the copyright owner of "The Dash."

88.    Defendants' infringement of Ms. Ellis's copyright makes them liable to her under 17 U.S.C. § 501.

89.    Defendants' infringement of Ms. Ellis's copyright to "The Dash" occurred after Ms. Ellis registered that copyright with the U.S. Copyright Office.

90.    Defendants' infringement of Ms. Ellis's copyright was knowing, deliberate, and willful.

91.    Ms. Ellis is without an adequate remedy at law because Defendants' copyright infringement has caused great and irreparable injury to Ms. Ellis, and unless said acts are enjoined by this Court, they will continue and Ms. Ellis will continue to suffer great and irreparable injury.

92.    Pursuant to 17 U.S.C. § 502, Ms. Ellis is entitled to temporary and permanent injunctive relief from Defendants' copyright infringement.

93.    Defendants' acts of copyright infringement have further caused Ms. Ellis to sustain monetary damages, loss, and injury in an amount that is unknown to, and cannot be calculated by, Ms. Ellis at present and therefore must be determined at the trial of this action.

94.    Pursuant to 17 U.S.C. § 504, Ms. Ellis is entitled to her actual damages and any additional profits of Defendants or, at her election at any time before final judgment, to statutory damages in an amount of up to $150,000 per infringement.

95.    Pursuant to 17 U.S.C. § 505, Ms. Ellis is also entitled to a full recovery of her costs and reasonable attorney's fees incurred in connection with this action.

## Count II—Fraud

96.     Ms. Ellis hereby incorporates by reference and realleges the allegations of Paragraphs 1 through 95 as if fully set forth herein.

97.     This cause of action arises under the law of the State of Georgia, in particular Article 3, Fraud, of Title 23, Equity, of the Code of Georgia (Ga. Code Ann. §§ 23-2-51 to -60 [2002]).

98.     Upon information and belief, at the time that Mr. Aronson communicated with Ms. Ellis about the possibility of reprinting "The Dash" in his book, he had formed Dash Systems, Inc., registered the web sites dashlive.com and livingthedash.com, decided to entitle his book *DASH*, named the DASH Principles, and decided to use language on the front and back covers of *DASH* and elsewhere in the book that is copied from or substantially similar to language in "The Dash."

99.     Upon information and belief, at the time that Mr. Aronson communicated with Ms. Ellis about the possibility of reprinting "The Dash" in his book, he already planned to post the poem in its entirety on one or more of Defendants' web sites.

100.    However, when negotiating a possible copyright license for "The Dash" with Ms. Ellis, Mr. Aronson intentionally never communicated any of the foregoing facts to Ms. Ellis.

101.    Mr. Aronson failed to communicate those facts to Ms. Ellis because he knew that doing so would cause her to deny him permission to reprint "The Dash" in his book and on any web site(s) and require him to change the names of the book and the DASH Principles.

102.    When asked by Ms. Ellis's counsel about the $500 payment that he had never made, Mr. Aronson lied, claiming that he had, in fact, made it when he had not, and then compounded that lie by sending Ms. Ellis false evidence purporting to show that he had made the payment.

103.    Moreover, although Mr. Aronson repeatedly promised to provide Ms. Ellis with the accounting that she reasonably requested, no such accounting has ever been provided.

104.    Mr. Aronson took all of the foregoing actions in a knowing and deliberate attempt to deceive Ms. Ellis into giving Defendants permission to reprint "The Dash," to enable them to profit from that deception, and then to continue to profit from their illegal activities once Ms. Ellis had learned about some of those activities.

105.    Defendants' conduct was fraudulent under the law of the State of Georgia in that Defendants' acts and omissions constituted knowingly false misrepresentations to Ms. Ellis that were made with the intention to induce Ms. Ellis to act in justifiable reliance on the misrepresentations, thereby directly causing damage to her.

106.    Ms. Ellis is without an adequate remedy at law because Defendants' fraud has caused great and irreparable injury to Ms. Ellis, and unless said acts are enjoined by this Court, they will continue and Ms. Ellis will continue to suffer great and irreparable injury.

107.    Ms. Ellis is entitled to temporary and permanent injunctive relief from Defendants' fraud.

108.    Defendants' fraudulent acts have further caused Ms. Ellis to sustain monetary damages, loss, and injury in an amount that is unknown to, and cannot be calculated by, Ms. Ellis at present and therefore must be determined at the trial of this action.

109.    Ms. Ellis is also entitled to a full recovery of her costs and reasonable attorney's fees incurred in connection with this action.

## Count III—Deceptive Trade Practices

110.    Ms. Ellis hereby incorporates by reference and realleges the allegations of Paragraphs 1 through 109 as if fully set forth herein.

111.    This cause of action arises under the law of the State of Georgia, in particular the prohibition of deceptive trade practices in Article 1, Section 372, of Title 10, Commerce and Trade, of the Code of Georgia (Ga. Code Ann. § 10-1-372 [2002]).

112.    The foregoing illegal actions of Defendants deceive the public into believing, falsely, that Ms. Ellis consents to and/or endorses or otherwise approves of such actions.

113.    In addition, Defendants' actions associate Ms. Ellis and her work, against her will, with the business of a convicted felon.

114.    Moreover, Defendants' actions wrongfully link Ms. Ellis and her work with the marketing of fad products that reflect poorly on the high professional reputation of Ms. Ellis and the high esteem in which the public holds her work.

115.    Defendants' actions constitute deceptive trade practices under Georgia law in that such actions cause a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of goods or services; cause a likelihood of confusion or of misunderstanding as to affiliation, connection, or association with or certification by another; represent that goods or services have sponsorship or approval that they do not have or that Mr. Aronson has a sponsorship, approval, status, affiliation, or connection that he does not have; and otherwise create a likelihood of confusion or of misunderstanding.

116.    Ms. Ellis is without an adequate remedy at law because Defendants' deceptive trade practices have caused great and irreparable injury to Ms. Ellis, and unless said acts are enjoined by this Court, they will continue and Ms. Ellis will continue to suffer great and irreparable injury.

117.    Ms. Ellis is entitled to temporary and permanent injunctive relief from Defendants' deceptive trade practices.

118.    Defendants' deceptive trade practices have further caused Ms. Ellis to sustain monetary damages, loss, and injury in an amount that is unknown to, and cannot be calculated by, Ms. Ellis at present and therefore must be determined at the trial of this action.

119.    Ms. Ellis is also entitled to a full recovery of her costs and reasonable attorney's fees incurred in connection with this action.

### Count IV—Unjust Enrichment

120.    Ms. Ellis hereby incorporates by reference and realleges the allegations of Paragraphs 1 through 119 as if fully set forth herein.

121.    This cause of action arises under the common law of the State of Georgia.

122.    By their illegal actions as described above, Defendants have conferred financial benefit on themselves.

123.    As there is no contract between Ms. Ellis and Defendants, such benefit would be unjust unless Ms. Ellis is appropriately compensated by Defendants.

124.    Defendants' unjust enrichment of themselves has caused Ms. Ellis to sustain monetary damages, loss, and injury in an amount that is unknown to, and cannot be calculated by, Ms. Ellis at present and therefore must be determined at the trial of this action.

125.    Ms. Ellis is also entitled to a full recovery of her costs and reasonable attorney's fees incurred in connection with this action.

### Request for Jury Trial

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Ms. Ellis hereby makes demand for a trial by jury as to all issues herein so triable.

## Prayer for Relief

WHEREFORE, Ms. Ellis prays for the following relief:

(a)     That Mr. Aronson, DSI, and Defendants be held liable under each claim for relief set forth in this Complaint;

(b)     A temporary and then permanent injunction prohibiting Mr. Aronson and DSI, its officers, directors, employees, agents, successors, assigns, affiliates, and all entities in active concert or participation with any of the foregoing entities (all of the foregoing, collectively, "Aronson Entities"), from marketing, advertising, promoting, reprinting, copying, displaying, distributing, creating derivative works from, or making any other use whatsoever of any part or all of "The Dash";

(c)     A temporary and then permanent injunction prohibiting all of the Aronson Entities from marketing, advertising, promoting, reprinting, copying, displaying, distributing, creating derivative works from, or making any other use whatsoever of any part or all of *DASH*;

(d)     A temporary and then permanent injunction prohibiting all of the Aronson Entities from marketing, advertising, promoting, reprinting, copying, displaying, distributing, creating derivative works from, or making any other use whatsoever of any part or all of any materials setting forth, discussing, or otherwise involving the DASH Principles;

(e)     A temporary and then permanent injunction prohibiting all of the Aronson Entities from marketing, advertising, promoting, reprinting, copying, displaying, distributing, creating derivative works from, or making any other use whatsoever of any part or all of any coaching and/or motivational system based, whether in whole or in part, on "The Dash," *DASH*, the DASH Principles, or any other works or materials related to "The Dash," *DASH*, or the DASH Principles;

(f)     A detailed accounting to Ms. Ellis of any and all monies that Defendants have received or are owed for any of their activities related to *DASH*; the DASH Principles; the web sites dashlive.com, livingthedash.com, and any related web site(s); and any goods or services marketed, advertised, or otherwise promoted by, through, or in connection with any of the foregoing items.

(g)     An award to Ms. Ellis of actual or statutory damages and additional profits of Defendants under 17 U.S.C. § 504 in an amount of not less than $750,000;

(h)     An award to Ms. Ellis of punitive damages under the law of the State of Georgia in an amount of not less than $1,000,000;

(i)     An award to Ms. Ellis of the reasonable fees and expenses of attorneys and other professionals incurred herein, pursuant to 17 U.S.C. § 505 and the equity powers of this Court;

(j)     That Defendants be required to pay to Ms. Ellis, pursuant to 17 U.S.C. § 504, the costs of this action; and

(k)     An award to Ms. Ellis of such other and further relief as this Court deems just and equitable.

Respectfully submitted,

Mark A. Kelley
Kitchens Kelley Gaynes, P.C.
Suite 900, Eleven Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone: 404-237-4100
GA, BAR # 412325
Attorneys for Plaintiff
Linda M. Ms. Ellis
d/b/a Linda's Lyrics

Of Counsel:

Conrad M. Shumadine
Timothy J. Lockhart
Willcox & Savage P.C.
1800 Bank of America Center
One Commercial Place
Norfolk, Virginia  23510
Telephone:  757-628-5500

Dated:  October 10 , 2003

# VERIFICATION

STATE OF GEORGIA
CITY/COUNTY OF _____ Cobb _____, to-wit:

This 7th day of October 2003 personally appeared before me, C . De Rosa ,
a Notary Public in and for the aforesaid jurisdiction, Linda M. Ellis, doing business as Linda's
Lyrics, who is known to me to be the person whose name is subscribed to the foregoing
instrument, who personally appeared before me and, after being duty sworn, made oath and
stated that the allegations in the above verified Complaint are true and correct.

<div align="center">

CDeRosa
_____
Notary Public

</div>

My Commission Expires: _____

<div align="center">

Notary Public, Cobb County Georgia
My Commission Expires July 7, 2007

</div>



# EXHIBIT / ATTACHMENT

## A

(To be scanned in place of tab)

# *The Dash*

*By Linda Ellis*
*Copyright 1996 Linda Ellis*

*I read of a reverend who stood to speak*
*at the funeral of a friend.*
*He referred to the dates on her tombstone*
*from the beginning...to the end.*

*He noted that first came the date of her birth*
*and spoke of the following date with tears,*
*but he said what mattered most of all*
*was the dash between those years.*

*For that dash represents all the time*
*that she spent alive on earth*
*and now only those who loved her*
*know what that little line is worth.*

*For it matters not, how much we own,*
*the cars...the house...the cash.*
*What matters is how we live and love*
*and how we spend our dash.*

*So think about this long and hard,*
*are there things you'd like to change?*
*For you never know how much time is left.*
*(You could be at "dash mid-range.")*

*If we could just slow down enough*
*to consider what's true and real*
*and always try to understand*
*the way other people feel.*

*And be less quick to anger*
*and show appreciation more*
*and love the people in our lives*
*like we've never loved before.*

*If we treat each other with respect*
*and more often wear a smile*
*remembering that this special dash*
*might only last a little while.*

*So when your eulogy is being read*
*with your life's actions to rehash,*
*would you be proud of the things they say*
*about how you spent your dash?*

Exhibit "A"



# EXHIBIT / ATTACHMENT

## B

(To be scanned in place of tab)

# ERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL.

**FORM TX**
w a Nondramatic Library Work
UNITED STATES COPYRIGHT OFFICE

TXu 896 - 108

FFECTIVE DATE OF REGISTRATION

6    15    98
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

The Dash

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

n/a

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

Linda M. Ellis

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1962

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

a 36 line - 9 paragraph poem regarding the dash between birth and death

**NOTE**
nder the law, ne "author" of "work made for hire" is generally the employer, not ne employee (see instructions). For any art of this ork that was made for hire" heck "Yes" in he space rovided, give he employer (or other erson for hom the work as prepared) s "Author" of hat part, and eave the pace for dates f birth and eath blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.

1996  ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.

Month ▶ _____    Day▶ _____    Year▶ _____    ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN. 15 1998
ONE DEPOSIT RECEIVED
JUN. 15 1998
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit "B"



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

# Linda's Lyrics
## 1050 E. Piedmont Road, Suite E-135
## Marietta, GA  30062
### (404) 966-3349   Email:  linda@lindaslyrics.com

This document grants full permission for Eric J. Aronson, 14 Applegreen Drive, Old Westbury, New York, NY 11568 to reprint the following material (copy attached) in his forthcoming book, titled to be determined.  This contract to be revised upon assignment of book title.

The Dash (poem) by Linda Ellis
Copyright # Txu858-108 as Filed with the Library of Congress

By signing below, I warrant that I have the sole and unrestricted right to make this grant and that publication of the material indicated above will not infringe upon the copyright or other rights of anyone.

Permission granted:  _____

Name:   Linda Ellis, individually, and on behalf of Linda's Lyrics.

Date:  May 13, 2003

Notice of copyright and creditline:
The Dash poem, copyright Linda Ellis, Linda's Lyrics, www.lindaslyrics.com

Fee: $500

Exhibit "C"



# EXHIBIT / ATTACHMENT

D

(To be scanned in place of tab)

Dash

Copyright© 2003 by Eric Aronson

The Dash poem has been reprinted with the permission of
Linda Ellis ©1996

Printed and bound in the United States of America.  All rights
reserved.  No part of this book may be reproduced in any form or by
any electronic or mechanical means including information storage
and retrieval systems without permission in writing from the copy-
right holder, except by a reviewer, who may quote brief passages in
review.

ISBN: 0-9742493-0-0



**TurnKey**
press

2525 W Anderson Lane, Suite 540
Austin, Texas 78757

Tel:  512.407.8876
Fax:  512.478.2117

E-mail:  info@turnkeypress.com
Web:   www.turnkeypress.com

Exhibit "D"





EXHIBIT / ATTACHMENT

E

(To be scanned in place of tab)

### The Dash

I read of a man who stood to speak at the funeral of a friend.
He referred to the dates on her tombstone
from the beginning to the end.

He noted that first came the date of her birth
and spoke of the following date with tears.
But he said what mattered most of all
was the dash between those years.

For that dash represents all the time that
she spent alive on earth.
And now only those who loved her know
what that little line is worth.

For it matters not how much we own;
the cars, the house, the cash.
What matters is how we live and love;
how we spend our dash.

Exhibit "E"

*So think about this long and hard.*
*Are there things you'd like to change?*
*For you never know how much time is left.*
*You could be at dash mid-range.*

*If we could just slow down enough*
*to consider what's true and real*
*and always try to understand the way other people feel.*
*And be less quick to anger and show appreciation more*
*and love the people in our lives*
*like we've never loved before.*

*If we treat each other with respect*
*and more often wear a smile,*
*remembering that this special dash*
*might only last a little while.*

*So when your eulogy is being read*
*with your life's actions to rehash,*
*would you be proud of the things they say*
*about how you spent your dash?*



# EXHIBIT / ATTACHMENT

## F

**(To be scanned in place of tab)**



On your tombstone there will be two dates,

the date you were born and the date you died.

That little, insignificant line between those

two dates — that dash — is your life!

*Eric J. Aronson*


Exhibit
"F"



# EXHIBIT / ATTACHMENT

G

(To be scanned in place of tab)

# DASH

$17.95 US

R EADING A BOOK WILL NOT CHANGE YOUR LIFE but using the DASH principles will invoke a moment-to-moment sense of purpose that will add value to your life, happiness to your day and meaning to your minute ... the kind of life that money can't buy. *DASH* is based on the principles of Dedication, Attitude, Success and Happiness, and shows readers how to apply these attributes to their daily lives. *DASH* sets itself apart with real life examples from an author whose advice comes not from years of research in a sterile lab, but from visceral, personal experiences—the ones that dreams (and nightmares) are truly made of. No one knows when their DASH will run out. **If it were possible to know when your life would end ... what would you do RIGHT NOW to make it worthwhile?**



## ABOUT the AUTHOR

Eric Aronson suffered from a troubled childhood, which included abuse and the death of his mother at a young age. In high school, his guidance counselor labeled him "Most Likely Not to Succeed."

Early in his career, he founded a brokerage firm where he turned a modest investment into a multi-million dollar company. He lived a fast-paced, luxurious life that forced him to "borrow from Peter to pay Paul." At 31, Eric was indicted for criminal conspiracy, securities fraud, and wire fraud in connection with his role in the fraudulent sale of shares in one of his companies. He spent three years in a federal prison, where he realized that his motivations were based on his desire for material wealth, not his love for life. While in prison, he read over 600 books and vowed to turn himself into something that his children could be proud of.

Since his release, Eric has lost 60 pounds, quit smoking, quit gambling and spends as much time as he can with his children. He is now a life coach, motivational speaker and president and chief executive officer of Dash Systems, Inc., a company devoted to helping people realize their dreams and make the most of their lives. When not conducting one-on-one coaching sessions, Eric travels across the country delivering the message behind DASH, so others can benefit from the principles that have changed his life.

**Dash Systems, Inc.**
**www.dashlive.com**

Exhibit "G"

5 1 7 9 5

9 780974 249308



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)

Aug-21-2003 04:16pm   From-                    T-995   P.002/003   F-923

Exhibit "H"

**ERIC J. ARONSON**
14 APPLEGREEN DRIVE
OLD WESTBURY, NY  11568

55-7272/212
4442130243

1060

DATE 5/14/05

PAY TO THE ORDER OF _LINDA ELLIS_          | $500.00

Five Hundred %                        DOLLARS

**W Washington Mutual**
Washington Mutual Bank, FA
East Mula Financial Center 7314
494 Glen Cove Road
East Hills, NY 11577

1-800-788-7000
94 Hour Customer Service

NOTES _Daut-use of them_

⑆021272723⑆ 4442130243⑆ 1060





# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)



Exhibit "I"

DASH
there will be two dates,
were born
you died.
insignificant line
those two dates
is your life!
Eric J. Aronson
DASH
Eric J. Aronson
How Are
You Living
YOUR DASH?
Books at Amazon,
.com

# EXHIBIT / ATTACHMENT



(To be scanned in place of tab)



Member Login

**Buy the Book**   **Discussion**   **Home**   **Contact Us**

**Dash Systems, Inc.**

About the Book

The Author

Coaching

DASH Membership

Sightings & Events

Seminars

News

Audio/Video

Diet / XLA

DASH Shop

Newsletter Signup

Contact Dash

Sept. 7



Sexually abused at the age of 6

Loss of a parent at the age of 13

Labeled "Most Likely not to Succeed" at the age of 16

Became a Multi-Millionaire at the age of 26

Landed in prison at the age of 31

Author
Eric J. Aronson

# How are you living your DASH?



# EXHIBIT / ATTACHMENT

_K_

(To be scanned in place of tab)

# Phenix & Phenix

Order Our Free Video            Tell Us About Your Book

Home
Services for Authors
Services for Publishers
Corporate PR Services
Publicity FAQ
About Our Clientele
References
Media Assistance
About Phenix & Phenix
Contact Us
Literary Links
Self-Publishing Services

## Eric Aronson
*Dash*
### Featured Author



**Eric Aronson,**
*Dash*

(LONG ISLAND)  Will you make the most of your dash?  Would you like lessons from some of the most triumphant and influential dashes in history?  Civil Rights Leader Dr. Martin Luther King Jr. and Mother Teresa shaped history in their own ways.  Why not model your life after their successes to make your own unique contribution?  Through anecdotes, true accounts of mentor's lives and his own, Eric Aronson, author of *Dash* (TurnKey Press, June 2003) and founder of Dash Systems, Inc., urges readers to make the most of their lives in this uplifting guide that maps out a path to fulfillment.

*Dash* not only stands for a symbol of one's life, but is also an acronym to help one achieve a meaningful existence.  Determination, Attitude, Success and Happiness spell out the principles of the DASH system, which consist of self-evaluation, prioritizing and a number of exercises to perform on the road to accomplishment.  Aronson believes that everyone has a contribution to make, a mission to accomplish, an objective to reach.  Visualization, "Wake-up Questions," tips on how to kill procrastination, and advice on how to live in the moment are tools that Aronson provides to turn that someday into TODAY.  "As I see it, your dash is about two things: being and doing," Aronson says.  "How are you going to *be* as a human being?  And what are you going to *do* or contribute?"  While Aronson now travels the country heading seminars that fuel people's abilities to fulfill their dreams, he endured many hardships before finding his mission.  As a child, Aronson had ADHD, was sexually abused and suffered the loss of his mother.  Voted "Most Likely NOT to Succeed" by his high school counselor, Aronson's misfortunes provided him with the strength to prove others wrong.

Aronson feels that he is an ideal candidate to present his message of DASH because he is "the smartest man in the world."  He feels confident about this statement because he knows that he does not know everything.

"I try to surround myself with people who are smarter than I am," says Aronson,  "so I can constantly improve myself and then use

that information, reconstruct it and simplify it so that others can learn from my successes and mistakes."

While in prison, Aronson read over 600 books in order to glean the successes of people from all walks of life. Through years of study, he was able to distill the key traits of those who did wonders with their "dashes," from Gandhi to Michael Jordan to Bill Gates. Early in his career, Aronson founded a brokerage firm where he turned a modest investment into a multi-million dollar company and made several individuals millionaires. Later, he formed a company that helped develop the global positioning satellite technology used worldwide today. Aronson was one of the first to develop a bartering website for the Internet.

At 31, Eric was indicted for criminal conspiracy, securities fraud, and wire fraud in connection with his role in the fraudulent sale of shares in one of his companies. He spent three years in a federal prison, where he realized that his motivations were based on his desire for material wealth, not his love for life. He vowed to change his life around in order to make himself and his family proud of him, and make the most out of his own "dash."

Aronson currently resides in Long Island. He is married with 3 children, ages 5,6 and 7. He is now a life coach, motivational speaker and president and CEO of Dash Systems, Inc., a company devoted to helping people realize their dreams and make the most of their lives. When not conducting one-on-one coaching sessions, Eric travels across the country delivering the message behind DASH so others can benefit from the principles that have changed his life. For more information, go to www.dashlive.com

*To schedule an interview, or to request a review copy of DASH, please contact Jennifer Berry of Phenix & Phenix Literary Publicists at (512) 478-2028 or jennifera bookpros.com*





(To be scanned in place of tab)



Member Login

Buy the Book    Discussion



Dash Systems, Inc.

- About the Book
- The Author
- Coaching
- DASH Membership
- Signings & Events
- Seminars
- News
- Audio/Video
- Diet / Q&A
- DASH Shop
- Newsletter Signup
- Contact Dash

**BOOK SIGNINGS**

# Borders Bookstore
## Signing Event

**October 24th at 7pm**
5151 Sunrise Highway
Bohemia, NY 11716
Phone:631.244.7496

**November 6th at 7:30pm**
235 Interstate Shopping Center
Ramsey, NJ 07446
Phone:201.760.1967

**November 13th at 7pm**
80 Wayne Town Ctr, Rt 23, S.
Wayne, NJ 07470
Phone:973.785.0037

**November 14th at 7pm**
425 Jericho Turnpike
Syosset, NY 11791
Phone:516.496.3934

**November 15th at 2pm**
230 Garden State Plaza
Paramus, NJ 07652
Phone:201.712.1166

**November 21 at 7pm**
1642 Schlosser Street
Ft. Lee, NJ 07024
Phone:201.302.0815

DASH / Eric Aronson will be featured in
the Monthly newsletter.



Exhibit "L"

View past book-signing photos

Copyright © 2003 Dash Systems, Inc. All rights reserved.                    Web Design by Oui
d'Zine                                    Revised: 09/26/03.



# EXHIBIT / ATTACHMENT

## _M_

(To be scanned in place of tab)



Member Login

Call 1-888-DASH-360 to place an order

**Dash Systems, Inc.**

- About the Book
- The Author
- Coaching
- DASH Membership
- Signings & Events
- Seminars
- News
- Audio/Video
- Diet / XLA
- DASH Shop
- Newsletter Signup
- Contact Dash

DASH - The Book



Paper Back
$17.95
More Info

DASH - The Book



Hard Cover
$27.95
More Info

Audio Book on CD

Set of 4
$39.95
More Info

[Add to Cart]          [Add to Cart]          [Add to Cart]

DASH Diet - xLA
One Bottle



$59.95
More Info
Buy Now

DASH Diet - xLA
Two Bottles

$99.98
More Info
Buy Now

DASH Diet - xLA
Three Bottles

$134.97
More Info
Buy Now

Choice Coaching



$440.00
More Info

Optimum Coaching



$1,200.00
More Info

Premium Coaching

$2,160.00
More Info

[Add to Cart]          [Add to Cart]          [Add to Cart]

Membership
Level I

Membership
Level II

Membership
Level III

Exhibit "M"



# EXHIBIT / ATTACHMENT

$N$

**(To be scanned in place of tab)**



Member Login

| Buy the Book | Discussion | Home | Contact Us |

**Dash Systems, Inc.**

- About the Book
- The Author
- Coaching
- DASH Membership
- Signings & Events
- Seminars
- News
- Audio/Video
- Diet / XLA
- DASH Shop
- Newsletter Signup
- Contact Dash

Additional Benefits    Components of XLA    Eat Without Guilt    Diet Trends

### Dashing Through Your Diet

Dash Systems, Inc. has teamed with MQLifestyles to provide the top selling, ephedrine free supplement XLA, to be used in conjunction with a new book entitled **"DASHING through your Diet"**. The DASH principles are Determination, Attitude, Success and Happiness. Using these principles and incorporating the XLA Supplement, a healthy diet, exercise and the "DASHING through your Diet" book, you will reach and maintain your ideal weight.



DASH systems founded by former Investment banker turned Author Eric J. Aronson, stated "We are very excited about using the DASH principles to help millions of people to lose and maintain their ideal weight."

XLA is a revolutionary new dietary ephedrine free supplement for rapid, yet natural and sustained weight loss. XLA is a break-through weight management composition formulated specifically for those who demand a natural solution for effective weight reduction and weight control. An all-natural weight loss supplement that uses r-ALA, CLA and GLA to promote a healthy lifestyle. The unique blend of liquidized supplements making up XLA has increased bioavailabilty, efficacy and absorption into your body. XLA supplement is distributed by Mass Quantities Inc, a company known as the source for professional supplements for the perfect physique.

XLA heralds a new generation weight loss system that combines precise ratios of r (+) Alpha Lipoic Acid (the pure version of the commonly used antioxidant), Conjugated Linoleic Acid (CLA) and Gamma Linoleic Acid (GLA) to form a unique, stimulant free, fat/weight-loss supplement. Used regularly, this product will inhibit fat production and support muscle growth by steering glucose in your body (converted from carbohydrates) into your muscles and will help reduce body fat. XLA is a powerful supplement that will help you lose

weight, raise your metabolism and reduce body fat, while improving performance and enhancing your lifestyle.

When you ingest xLA before a meal it acts as a vehicle that takes carbohydrates you eat and transports them throughout your body and into your cells to use as energy. Normally they just sit in your stomach and get stored as fat. xLA inhibits the enzyme that retains fat, which thereby reduces the amount that is deposited and stored in your body. XLA also enhances the body's ability to metabolize existing fat deposits. By so doing, it helps break down stored fat, which is then transported throughout your body and into your cells to burn as energy.

What has been accomplished is that xLA has successfully taken fat and carbohydrates, and instead of storing them as fat, has transported them into your muscle cells to use as energy

You've heard it all before. The guarantees. The promises. The exaggerations. The fact of the matter is every diet product currently on the market is the same. They're all knock offs of the now illegal ECA stack that contained ephedrine, caffeine and aspirin. With xLA, you will not feel any of the side effects you associate with ephedrine based diet products, or ephedrine alternative products either. There will be no increased heart rate, no nervousness and no jittery feeling. It is not necessary to feel these side effects to know our product is working.

Copyright © 2003 Dash Systems, Inc. All rights reserved.        Web Design by Oui d'Zine                               Revised: 09/26/03.



# EXHIBIT / ATTACHMENT

(To be scanned in place of tab)



Member Login

Dash Systems, Inc.

About the Book

The Author

Coaching

DASH Membership

Signings & Events

Seminars

News

Audio/Video

Diet / XLA

DASH Shop

Newsletter Signup

Contact Dash

| Buy the Book | Discussion | Home | Contact Us |

| Contents | The Poem | Intro | Excerpt | RISK | Reviews | Buy the Book |

### DASH - THE POEM

I read of a man who stood to speak at the funeral of a friend.
He referred to the dates on her tombstone from the beginning to the end.

He noted that first came the date of her birth and spoke of the following date with tears.
But he said what mattered most of all was the dash between those years.

For that dash represents all the time that she spent alive on earth.
And now only those who loved her know what that little line is worth.

For it matters not how much we own; the cars, the house, the cash.
What matters is how we live and love; how we spend our dash.

So think about this long and hard. Are there things you'd like to change?
For you never know how much time is left. You could be at dash mid-range.

If we could just slow down enough to consider what's true and real and always try to understand the way other people feel.

And be less quick to anger and show appreciation more and love the people in our lives like we've never loved before.

If we treat each other with respect and more often wear a smile, remembering that this special dash might only last a little while.

So when your eulogy is being read with your life's actions to rehash, would you be proud of the things they say about how you spent your dash?

~ *Linda Ellis* ~

*Used with permission*



Exhibit "O"

Copyright © 2003 Dash Systems  Inc. All rights reserved.            Web Design by Oui
d'Zine                                    Revised: 09/26/03.

# United States ORIGINAL District Court

| NORTHERN | DISTRICT OF | GEORGIA |
| --- | --- | --- |

ATLANTA DIVISION

LINDA M. ELLIS, d/b/a Linda's Lyrics

**SUMMONS IN A CIVIL CASE**

### V.

ERIC J. ARONSON and
DASH SYSTEMS, INC., a New York corporation

CASE NUMBER:

## 1:03-CV-3086

TO: (Name and address of defendant)
ERIC J. ARONSON
14 Applegreen Drive
Old Westbury, New York 11568

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark A. Kelley, Esq.
Kitchens Kelley Gaynes, P.C.
Suite 900, Building Eleven Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

OCT 1 0 2003

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

# United States District Court

NORTHERN ——————— **DISTRICT OF** ——— GEORGIA

ATLANTA DIVISION

LINDA M. ELLIS, d/b/a Linda's Lyrics

## SUMMONS IN A CIVIL CASE

**V.**

ERIC J. ARONSON and
DASH SYSTEMS, INC., a New York corporation

CASE NUMBER:

**1:03-CV-3086**

TO: *(Name and address of defendant)*

DASH SYSTEMS, INC.
a New York corporation
85 Monroe Drive
Mastic Beach, New York 11951

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark A. Kelley, Esq.
Kitchens Kelley Gaynes, P.C.
Suite 900, Building Eleven Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

LUTHER D. THOMAS

CLERK

*C. Deucher*

(BY) DEPUTY CLERK

OCT 1 0 2003

DATE