## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LINDA M. ELLIS,                                   :
d/b/a Linda's Lyrics,                             :
                                                  :
    Plaintiff,                 :
                                                  :    CIVIL ACTION NO.
    v.                         :    1:03-CV-3086-RWS
                                                  :
ERIC J. ARONSON,                                  :
                                                  :
    Defendant.                 :

## ORDER

This case came before the Court for a hearing on the Motion to Withdraw by Michael B. Butler [26-1].  After hearing from Mr. Aronson and Mr. Butler, the Court has determined that it is not appropriate to permit Mr. Butler to withdraw from the case at this stage of the proceeding.  Therefore, the Motion to Withdraw [26-1] is hereby **DENIED**.

SO ORDERED, this ___21st___ day of September, 2004

s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)