FILED IN CHAMBERS
RICHARD W. STORY
U.S.D.C. Atlanta

DEC 0 3 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINDA M. ELLIS,
d/b/a Linda's Lyrics,

    Plaintiff,

v.

ERIC J. ARONSON and
DASH SYSTEMS, INC.,

    Defendants.

CIVIL ACTION NO.
1:03-CV-3086-RWS

## ORDER

On November 18, 2004, the Court entered an Order [40-1] granting Plantiff's Motion to Strike Answer and Motion for Default Judgment. As a result of that ruling, Defendants' Motion for Summary Judgment [19-1] and Motion for Oral Argument [20-1] are **DENIED, as moot**. The only issue remaining in the case is the determination of the relief to which Plaintiff is entitled as a result of the default judgment.

Accordingly, the parties are **ORDERED** to appear on the 6th day of January, 2005, at 11:30 a.m. in Courtroom 2105, United States Courthouse, 75 Spring Street, Atlanta, Georgia, for a hearing to determine the appropriate relief to be awarded to Plaintiff.

AO 72A
(Rev.8/82)

SO ORDERED, this 3rd day of December, 2004

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE