FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 0 5 2006

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

# United States Court of Appeals
For the Eleventh Circuit

No. 05-13347

District Court Docket No.
03-03086-CV-RWS-1

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Dec 6, 2005

THOMAS K. KAHN
CLERK

LINDA M. ELLIS,
d.b.a. Linda's Lyrics,

    Plaintiff-Appellee,

versus

ERIC J. ARONSON,
DASH SYSTEMS, INC.,

    Defendants-Appellants.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

------------------------------------------------------------------

Appeal from the United States District Court
for the Northern District of Georgia

------------------------------------------------------------------

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JAN 0 4 2006
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:    December 6, 2005
For the Court:    Thomas K. Kahn, Clerk
By:    Gilman, Nancy

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 0 5 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-13347
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 6, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-03086-CV-RWS-1

LINDA M. ELLIS,
d.b.a Linda's Lyrics,

Plaintiff-Appellant,

versus

ERIC J. ARONSON,
DASH SYSTEMS, INC.,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

**(December 6, 2005)**

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

We find no merit in this appeal. The judgment of the district court is

therefore

    AFFIRMED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia